JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CHERYL LESLIE, | Case No.: 2:13-cv-07056-GAF (RZx) |
|---|---|
| Plaintiff, | Trial Date :  09/16/2014<br>Action Filed :  09/23/2013 |
| vs. | **JUDGMENT** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive, | [Lodged Concurrently With:<br>- Notice of Lodging] |
| Defendants. | |

# JUDGMENT

Following a bench trial on September 30, 2014, the Court issued a Memorandum and Order Regarding Bench Trial (Docket #32), which is attached hereto as Exhibit A and incorporated herein by reference.

After considering the parties' respective trial briefs, the arguments of counsel at the trial and for good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. Judgment is given and shall be entered forthwith in favor of Defendant United of Omaha Life Insurance Company on all claims for relief asserted by Plaintiff Cheryl Leslie in her Complaint (Docket #1);

2. Plaintiff shall take nothing by way of her Complaint against United; and

3. United, as the prevailing party in this action, shall be entitled to costs pursuant to Federal Rule of Civil Procedure 54(d).

DATED: November 6, 2014   _____

THE HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**

1